*Arthur E. Kirchheimer* for appellant.

*Theodore M. Coburn, District Attorney (Charles W. Avery* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK W. ROBERTS, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN S. BICKNELL, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK M. NORTON, Appellant.

Argued January 18, 1955; decided March 3, 1955.

*Arthur E. Kirchheimer* for appellants.

*Arthur W. Wilson, District Attorney (Rocco Regitano* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of SALVATORE CANNIZZARO et al., Appellants, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents.

Argued January 17, 1955; decided March 3, 1955.